# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOEL ERASMO VARELA GONZALEZ (2),<br>JUAN PORTER (8),<br><br>　　　　Defendants. | Case No. 12CR3137-MMA-2,8<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT**<br><br>[Doc. No. 336] |

Upon motion of Plaintiff United States of America, good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment against Defendants Joel Erasmo VARELA GONZALEZ (2) and Juan PORTER (8), in the above entitled case be dismissed without prejudice, and the arrest warrant be recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 11, 2016

　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge